UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    v.

MICHAEL HILD,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - X

**VERDICT SHEET**

Case No.: 19-Cr-602 (RA)

Please indicate your verdicts with a check mark (✓):

**COUNT ONE**
**(Conspiracy to Commit Securities Fraud)**

(1)   How do you find the Defendant, MICHAEL HILD, with respect to Count One?

    Not Guilty _____    Guilty _____✓

**COUNT TWO**
**(Conspiracy to Commit Wire and Bank Fraud)**

(2)   How do you find the Defendant, MICHAEL HILD, with respect to Count Two?

    Not Guilty _____    Guilty _____✓

If you answered "Guilty" to Question (2), please answer Special Interrogatory (A).

*Special Interrogatory (A)*: Do you find that the objective of the scheme was to affect a financial institution?

    Yes _____✓    No _____

**COUNT THREE**
**(Securities Fraud)**

(3)   How do you find the Defendant, MICHAEL HILD, with respect to Count Three?

Not Guilty _____          Guilty __✓__

**COUNT FOUR**
**(Wire Fraud)**

(4)   How do you find the Defendant, MICHAEL HILD, with respect to Count Four?

Not Guilty _____          Guilty __✓__

*If you answered "Guilty" to Question (4), please answer Special Interrogatory (B).*

*Special Interrogatory (B):* Do you find that the objective of the scheme was to affect a
financial institution?

Yes __✓__          No _____

**COUNT FIVE**
**(Bank Fraud)**

(5)   How do you find the Defendant, MICHAEL HILD, with respect to Count Five?

Not Guilty _____          Guilty __✓__

*When your deliberations are complete, please sign and date the verdict form.*

New York, New York

April 30, 2021